NOT FOR PUBLICATION

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

```
                                  )
FOREST EDWIN BELL and JESSE MILLER, )
                                  )
          Plaintiffs,             )
                                  )
     v.                           )
                                  )    Civil No. 2006-66
LINDSAY B. EVANS,                 )
                                  )
          Defendant.              )
                                  )
_____)
```

ATTORNEYS:

**Lee J Rohn, Esq.**
St. Croix, U.S.V.I.
    *For the plaintiff,*

**Douglas L Capdeville, Esq.**
St. Croix, U.S.V.I.
    *For the defendant.*

## ORDER

**GÓMEZ, C.J.**

Before the Court is the motion of the plaintiffs, Forest Edwin Bell ("Bell") and Jesse Miller ("Miller") for reconsideration of this Court's January 21, 2009, order dismissing the above-captioned matter.

Under Local Rule of Civil Procedure 7.3 ("Local Rule 7.3"), a party may file a motion for reconsideration "within ten (10) days after the entry of the order or decision unless the time is extended by the Court." LRCi 7.3. Here, the deadline for filing

*Bell v. Evans*
Civil No. 2006-66
Order
Page 2

a motion for reconsideration of the January 21, 2009, Order expired on February 4, 2009. *See* Fed. R. Civ. P. 6(a); LRCi 6.1. Because the plaintiffs' motion for reconsideration was not filed until February 6, 2009, the motion is untimely. Furthermore, the plaintiffs have not moved for leave to file their reconsideration motion out of time. Accordingly, it is hereby

    **ORDERED** that the motion for reconsideration is **DENIED.**

                                     S\_____
                                         **Curtis V. Gómez**
                                           **Chief Judge**